UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Kevin Dario LOPEZ RAMIREZ, | Case No.: 26-cv-2419-AGS-DDL |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| Christopher J. LaROSE, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He requests "immediate release" from detention (ECF 1, at 2), and respondents do "not oppose the petition" (ECF 5, at 2). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: April 27, 2026

_____

Hon. Andrew G. Schopler
United States District Judge